# EXHIBIT
# A

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT,
IN AND FOR SARASOTA COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

JAMELLA EVANS,

CASE NO: 2025-CA-004043 SC

Plaintiff,

v.

WAL-MART STORES EAST, LP, a foreign corporation,

Defendant.
_________________________________/

**AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, JAMELLA EVANS, by and through the undersigned counsel, and files this Amended Complaint against the Defendant, WAL-MART STORES EAST, LP, and states:

1. This is an action for damages in excess of Fifty Thousand ($50,000.00) dollars, exclusive of interest and costs.

2. Plaintiff, JAMELLA EVANS, is a resident of Sarasota County, Florida

3. Defendant, WAL-MART STORES EAST, LP, is a foreign corporation that regulary conducts business in Sarasota County, Florida.

4. The incident at issue in this Complaint occurred at a property owned by Defendant and located in Sarasota County, Florida.

5. All conditions precedent have been performed or have occurred.

6. On or about September 19, 2023, Defendant, WAL-MART STORES EAST, LP, leased, rented, possessed, controlled, operated, and/or owned a building and/or property (Walmart Supercenter #3387) located at or near 17000 Tamiami Trail, North Port, Florida 34287, that was

used as a business for Defendant and Defendant did supervise and maintain this property through its agent and servants.

7. At that time and place, Plaintiff, JAMELLA EVANS, was an express or implied invitee of Defendant, WAL-MART STORES EAST, LP, and went onto Defendant, WAL-MART STORES EAST, LP' S, premises to shop for items.

8. Defendant, WAL-MART STORES EAST, LP, owed a nondelegable duty of reasonable care to maintain, inspect, and repair the premises in a reasonably safe condition for the safety of business invitees on the premises, which includes reasonable efforts to keep the premises free from transitory foreign objects or substances that might foreseeably give rise to loss, injury, or damage, to warn of dangerous conditions.

9. Defendant, WAL-MART STORES EAST, LP, negligently failed to maintain its premises in a reasonably safe condition, negligently failed to correct a dangerous condition about which Defendant, WAL-MART STORES EAST, LP, either knew or should have known, by the use of reasonable care, and/or negligently failed to warn JAMELLA EVANS of a dangerous condition about which Defendant, WAL-MART STORES EAST, LP, had, or should have had, knowledge greater than that of JAMELLA EVANS.

10. Defendant, WAL-MART STORES EAST, LP, negligently failed to exercise reasonable care in the maintenance, inspection, repair, or warning in that the condition occurred with such regularity and was therefore foreseeable, by allowing water or other transient liquids or substances to be and to remain on the floor of its premises.

11. The dangerous condition was created by and/or known to Defendant, WAL-MART STORES EAST, LP, or had existed for a sufficient length of time that in the exercise of ordinary

care, Defendant should have known of the condition and/or the condition occurred with regularity and was therefore foreseeable.

12. As a result of Defendant, WAL-MART STORES EAST, LP'S, negligence, Plaintiff, JAMELLA EVANS, fell.

13. As a result the aforementioned fall, Plaintiff, JAMELLA EVANS, suffered bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, incurred expenses of hospitalization, medical, chiropractic and nursing care and treatment, loss of earnings, loss of ability to earn money and/or aggravation of a previously existing condition, disease or physical defect. Plaintiff, JAMELLA EVANS' losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, JAMELLA EVANS, sues the Defendant, WAL-MART STORES EAST, LP, for compensatory damages and costs and demands trial by jury of all issues so triable as a matter of right.

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this Motion was electronically filed with the Clerk of Courts using the Florida Courts E-Filing Portal System, which will send notice to Amanda J. Ross, Esq., HENDERSON FRANKLIN STARNES & HOLT, PA, 1715 Monroe Street Post Office Box 280 Fort Myers, FL, 33902-0280, at amanda.ross@henlaw.com and tracey.salerno@henlaw.com, on this 23rd day of September 2025.

**STEINGER, GREENE & FEINER- TAMPA**
5440 Mariner Street, Suite 211
Tampa, FL 33609
Telephone: (813) 540-4030
Facsimile: (813) 367-4644
Email: ksparkman@injurylawyers.com,
chrivera@injurylawyers.com
mmolina@injurylawyers.com
Attorney for Plaintiff

*/s/ Kevin Sparkman*
Kevin Sparkman
Florida Bar No.: 721743